IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLUS EVANS,<br><br>        Petitioner,<br><br>vs.<br><br>GARY SWARTHOUT,<br><br>        Respondent. | No. C 11-3924 JW (PR)<br><br>ORDER OF TRANSFER |

    Plaintiff, a prisoner presently incarcerated at California State Prison - Solano in Vacaville, California, has filed a pro se petition for a writ of habeas corpus under 28 U.S.C. § 2254 challenging the California Board of Prison Terms' ("BPT") decision to deny him parole. Petitioner has also filed a motion to proceed in forma pauperis. Doc. #2. California State Prison - Solano is located within Solano County, which lies within the Eastern District of California. See 28 U.S.C. § 84(b).

    Venue is proper in a habeas action in either the district of conviction or the district of confinement, id. § 2241(d). However, the district of confinement is the preferable forum to review the execution of a sentence, including parole. See Habeas L.R. 2254-3(a); Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989); cf. Laue v. Nelson, 279 F. Supp. 265, 266 (N.D. Cal. 1968) (district of conviction preferable forum to review

conviction). Because the County of Solano lies in the Eastern District of California, the Court orders that pursuant to 28 U.S.C. § 1404(a) and Habeas Local Rule 2254-3(b), and in the interest of justice, this petition be transferred to the United States District Court for the Eastern District of California. In light of the transfer, this Court will not resolve Petitioner's pending motion (Doc. #2).

The Clerk shall transfer this matter, terminate all pending motions as moot, and close the file.

IT IS SO ORDERED.

DATED: 8/22/11

JAMES WARE
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CARLUS EVANS,

Plaintiff,

v.

GARY SWARTHOUT et al,

Defendant.
_____/

Case Number: CV11-03924 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 23, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Carlus R. Evans #H-64634
CSP Solano
P.O. Box 4000
Vacaville, CA 95696

Dated: August 23, 2011

Richard W. Wieking, Clerk

*Susan Imbriani*

By: Susan Imbriani, Deputy Clerk